AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lawson, Jr., Roger H. | Middle District, Georgia | 11/23/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

P.O. Box 838
475 Mulberry Street
Macon, Georgia 31202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/96 | Georgia Retirement System for Superior Court Judges |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Georgia Judicial Retirement System--Retirement | $90,262.08 |
| 2. | 2014 | Judicial Retiress & Survivors Admin Office of the US Courts | $302,645.01 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Teacher's Retirement System of Georgia--Retirement |
| 2. | 2014 | First United Methodist Church--Wages |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sunmark Bancshares, Inc. | A | Dividend | J | U | | | | | |
| 2. Merrill Lynch IRA | | | | | | | | | |
| 3. --Merrill Lynch - Bank of America | A | Interest | J | T | | | | | |
| 4. --Merrill Lynch - Blackrock Global | A | Interest | J | T | | | | | |
| 5. --Lincoln National Life Legacy III Plus | | None | L | T | | | | | |
| 6. Merrill Lynch | | | | | | | | | |
| 7. --Merrill Lynch Bank USA | | None | K | T | | | | | |
| 8. --Transamerica Life Ins. Co.-Transamerica Landmark Annuity | | None | L | T | | | | | |
| 9. --Transamerica Life Ins. Co.- Transamerica Landmark Annuity | | None | K | T | | | | | |
| 10. ▮▮▮▮ Hawkinsville, Pulaski County, GA | | None | N | W | | | | | |
| 11. Wells Fargo-High Yield Bond Fund A | A | Dividend | K | T | | | | | |
| 12. Franklin Georgia Tax-Free Income Fund-Class A | A | Dividend | J | T | | | | | |
| 13. Rental House, Watson St. Hawkinsville, Pulaski Co., GA. | C | Rent | K | W | | | | | |
| 14. Subdivision, Pulaski County, Georgia Und. Interest | | None | K | W | | | | | |
| 15. Rental House, McCormick Avenue, Hawkinsville, GA. Und. Inter | D | Rent | K | W | | | | | |
| 16. Merrill Lynch | | | | | | | | | |
| 17. Merrill Lynch Deposit Account | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Regions Financial Corp. | A | Dividend | K | T | | | | | |
| 19. --Pimco Income Fund Cl C | A | Dividend | J | T | | | | | |
| 20. --Tribute Pharmaceuticals Inc | | None | J | T | | | | | |
| 21. --Nuveen Georgia Muni Bond Fund | E | Dividend | N | T | | | | | |
| 22. --Virnetx Hldg Corp | | None | J | T | | | | | |
| 23. Sunmark Community Bank-Accounts | A | Interest | J | T | | | | | |
| 24. Merrill Lynch | | | | | | | | | |
| 25. --Merrill Lynch Deposit Account | A | Interest | J | T | | | | | |
| 26. --Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 27. --American Intl Group Inc Common | A | Dividend | J | T | | | | | |
| 28. --Abbvie Inc SHS | A | Dividend | J | T | | | | | |
| 29. --AT&T Inc | A | Dividend | J | T | | | | | |
| 30. --Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 31. --Chevron Texaco Corp Common | A | Dividend | J | T | | | | | |
| 32. --Cintas Corp Common | A | Dividend | J | T | | | | | |
| 33. --CDK Global Inc SHS | A | Dividend | J | T | Spinoff (from line 30) | 10/04/14 | J | | |
| 34. --Coca-Cola Co. Common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --General Electric Co., Common | A | Dividend | J | T | | | | | |
| 36. --Walt Disney Co. Common | A | Dividend | K | T | | | | | |
| 37. --E I Dupont De Nemours & Co . Common | A | Dividend | J | T | | | | | |
| 38. --Elephant Talk Commnct Inc | | None | J | T | | | | | |
| 39. --Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |
| 40. --Illinois Tool Works Inc. | A | Dividend | J | T | | | | | |
| 41. --Eli Lilly & Co. Common | A | Dividend | J | T | | | | | |
| 42. --McDonald's Corp. Common | A | Dividend | J | T | | | | | |
| 43. --Medtronic Inc. Common | A | Dividend | J | T | | | | | |
| 44. --Pfizer Inc. Common | A | Dividend | J | T | | | | | |
| 45. --Proctor & Gamble Co. Common | A | Dividend | J | T | | | | | |
| 46. --Western Asset Managed Municipals Fd C | C | Dividend | M | T | | | | | |
| 47. --Walgreen Co. New Common | A | Dividend | J | T | | | | | |
| 48. --Wells Fargo & Co. New Common | A | Dividend | J | T | | | | | |
| 49. --WT 01 21American Intl | | None | J | T | | | | | |
| 50. --Western Assets Managed Municipals | C | Dividend | M | T | | | | | |
| 51. Merck and Co., Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Merrill Lynch | | | | | | | | | |
| 53.  --Blackrock Strategic Income Opprts | A | Dividend | J | T | | | | | |
| 54.  --Blackrock Multi Asset | A | Dividend | J | T | | | | | |
| 55.  --Blackrock Equity Dividend | A | Dividend | J | T | | | | | |
| 56.  --Blackrock Global Allocation Fund | A | Dividend | J | T | | | | | |
| 57.  --DWS Rreef Global Infrast | A | Dividend | | | Sold | 08/22/14 | J | | |
| 58.  --Eaton Vance Equity Strategy | A | Dividend | J | T | | | | | |
| 59.  --Franklin Rising Dividends Fund | C | Dividend | | | Sold | 02/18/14 | J | | |
| 60.  --Franklin Income Fd Adv | A | Dividend | J | T | | | | | |
| 61.  --Goldman Sachs Strategic | A | Dividend | J | T | | | | | |
| 62.  --Goldman Sachs Satellite | A | Dividend | J | T | Sold (part) | 09/29/14 | J | | |
| 63.  --IShares MSCI EAFE Index | A | Dividend | J | T | | | | | |
| 64.  --IShares Select | A | Dividend | J | T | | | | | |
| 65.  --IShares S & P 100 | A | Dividend | J | T | | | | | |
| 66.  --JP Morgan Income Builder | A | Dividend | J | T | | | | | |
| 67.  --JP Morgan Strategic | A | Dividend | J | T | | | | | |
| 68.  --Loomis Sayles Strategic | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 11/23/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. --Pimco Income Fund | A | Dividend | J | T | | | | | |
| 70. --Powershares Exchange | A | Dividend | J | T | | | | | |
| 71. --Prudential Short | A | Dividend | J | T | | | | | |
| 72. --Amer Funds Income Funds | A | Dividend | J | T | Buy | 08/22/14 | J | | |
| 73. --American Capital Income | A | Dividend | J | T | Buy | 05/09/14 | J | | |
| 74. --SPDR Index SHS Fds | A | Dividend | J | T | | | | | |
| 75. --Templeton Glbl Bond Fd | A | Dividend | | | Sold | 05/09/14 | J | | |
| 76. --The Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 77. --Thornburg Invst Income Builder | A | Dividend | J | T | | | | | |
| 78. --Transamerica Global | | None | J | T | Buy | 11/20/14 | J | | |
| 79. --Transamerica MLP & Energy | A | Dividend | J | T | | | | | |
| 80. --Vanguard Value ETF | A | Dividend | J | T | | | | | |
| 81. --Vanguard Growth ETF | A | Dividend | J | T | | | | | |
| 82. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H. | 11/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 3: Named changed from "FIA Card Services" to " Bank of America"

Last year we had IShares TR Dow Jones, but this year the name has changed to IShares Select which is shown on Line 64.

Last year Line 23, Page 5 had Legg Mason Western Asset. This year we realized that we had it on the report twice, therefore one was removed.

Last year we inadvertantly listed Lord Abbott Short Duration as selling "part", when it was actaully all sold. Therefore, it is being left off this report.

Last year we listed Vanguard MSCI Emerging as being "part" sold on 9-20-13, when actually all of that asset was sold. Therefore, that asset is not listed on this report this year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Roger H. Lawson, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544